# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Arnulfo Hernandez**, | No. 16-cv-727 SVW (SPx) |
| Plaintiff, | **Amended Protective Order** |
| – v. – | Discovery Matter |
| **One Unknown Agent of the Department of Alcohol, Tobacco, Firearms and Explosives**, **United States of America**, and **Does 1–10**, | Honorable Sheri Pym<br>United States Magistrate Judge |
| Defendants. | |

The Court, having read and considered the parties' joint stipulation to amend protective order,

**It is hereby ordered** that the protective order entered by the Court on May 3, 2017 (ECF No. 33), is amended in accordance with the parties' joint stipulation to amend protective order.

Dated: May 24, 2017

**Honorable Sheri Pym**
United States Magistrate Judge

Presented by:

GIRARDI | KEESE

　　/s/ Nicole DeVanon
Thomas V. Girardi
Nicole F. DeVanon

THE COCHRAN FIRM CALIFORNIA

　　/s/ Megan R. Gyongyos
Brian T. Dunn
Megan R. Gyongyos

Attorneys for Plaintiff Arnulfo Hernandez

SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
AUSA, Chief, Civil Division
ROBYN-MARIE MONTELEONE
AUSA, Chief, Gen. Civil Section

　　/s/ Garrett Coyle
GARRETT COYLE
Assistant United States Attorney

Attorneys for Defendant U.S.A.