UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Arnulfo Hernandez**, <br><br> Plaintiff, <br><br> – v. – <br><br> **One Unknown Agent of the Department of Alcohol, Tobacco, Firearms and Explosives**, **United States of America**, and **Does 1–100**, <br><br> Defendants. | No. 16-cv-727 SVW (SPx) <br> **Order Dismissing Action With Prejudice** <br><br><br> JS-6 |

The parties having filed a stipulation of dismissal,

**It is hereby ordered**:

1. This action is dismissed with prejudice in its entirety;
2. Each party shall bear its own costs, expenses, and fees; and
3. The Court does not retain jurisdiction over this action, the parties' settlement, or the United States.

Dated: October 25, 2017

*[signature]*

**Hon. Stephen V. Wilson**
United States District Judge